**Opinion issued October 4, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-11-00785-CV

————————————

**HENRY THOMAS FILLION, Appellant**

**V.**

**CAROLINE FILLION, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-13170**

---

### MEMORANDUM OPINION

Appellant has filed an agreed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.